Benjamin Heikali (SBN 307466)
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail: bheikali@faruqilaw.com

*Attorney for Plaintiff Robert Pollack*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT POLLACK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>BARRACUDA NETWORKS, INC., WILLIAM D. JENKINS, JR., JEFFRY R. ALLEN, JOHN HARVEY KISPERT, STEPHEN P. MULLANEY, MICHAEL D. PERONE, and CHET KAPOOR,<br><br>Defendants. | Civil Action No.: 4:18-cv-00317-HSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Robert Pollack ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to the putative class in the Action. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment and before a class has been certified, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

DATED: March 27, 2018

Respectfully submitted,
**FARUQI & FARUQI, LLP**

By: *<u>/s/ Benjamin Heikali</u>*__________
Benjamin Heikali, Bar No. 307466
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Tel.: (424) 256-2884
Fax: 424.256.2885
Email: bheikali@faruqilaw.com
*Counsel for Plaintiff*

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Michael Van Gorder (#6214)
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Tel.: (302) 482-3182
Email: mvangorder@faruqilaw.com

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Ave., 26th Fl.
New York, NY 10017
Telephone: (212) 983-9330
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*